**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| the States of CALIFORNIA, | ) | C.A. No.: 0:10-cv-1465-JFA |
| DELAWARE, FLORIDA, HAWAII, ILLINOIS | ) | |
| INDIANA, MASSACHUSETTS, MINNESOTA | ) | |
| MONTANA, NEVADA, NEW HAMPSHIRE | ) | |
| NEW JERSEY, NEW MEXICO, NEW YORK | ) | |
| NORTH CAROLINA, | ) | |
| RHODE ISLAND, VIRGINIA, | ) | |
| the DISTRICT OF COLUMBIA, | ) | |
| the CITY of CHICAGO, and | ) | |
| the CITY of NEW YORK | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| *Ex rel.* | ) | |
| | ) | **Order for** |
| LYNN E. SZYMONIAK, | ) | **Status Conference** |
| | ) | |
| **Plaintiff-Relator,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN HOME MORTGAGE SERVICING, | ) | |
| INC.; | ) | |
| SAXON MORTGAGE SERVICES, INC.; | ) | |
| LENDER PROCESSING SERVICES, INC.; | ) | |
| DOCX, LLC; | ) | |
| CITIMORTGAGE, INC., f/k/a | ) | |
| CITI RESIDENTIAL LENDING, INC., f/k/a | ) | |
| AMC MORTGAGE SERVICES, INC.; | ) | |
| WELLS FARGO HOME MORTGAGE d/b/a | ) | |
| AMERICA'S SERVICING COMPANY, | ) | |
| BANK OF AMERICA CORPORATION, | ) | |
| as successor-in-interest to Lasalle Bank; | ) | |
| THE BANK OF NEW YORK MELLON; | ) | |
| CORPORATION; | ) | |
| CITIBANK, NATIONAL ASSOCIATION; | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY; | ) | |

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS; <br> HSBC USA, NATIONAL ASSOCIATION; <br> J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION; <br> U.S. BANK, NATIONAL ASSOCIATION; and <br> WELLS FARGO BANK, NATIONAL ASSOCIATION; <br><br> **Defendants.** <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The seal on this qui tam action expires on August 15, 2011. The court will conduct a status conference at 11:00 a.m. on Friday August 12, 2011, for the purpose of determining whether the seal period should be extended. The conference will be held in courtroom number four of the Matthew J. Perry, Jr. U.S. Courthouse, 901 Richland Street, Columbia, South Carolina.

All attorneys of record shall attend (or send a representative with authority) the conference. In addition, all State Attorneys General and City Attorneys listed on the amended certificate of service (Docket Entry # 37) shall attend (or send a representative with authority) the conference. The clerk is requested to send a copy of this order to all affected parties.

All recipients of this notice are reminded of the confidentiality obligation imposed upon them by 31 U.S.C. § 3730.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 28, 2011                          Joseph F. Anderson, Jr. <br>
Columbia, South Carolina             United States District Judge