IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America ex rel. Lynn E. Syzmoniak | C/A No.: 0:10-01465-JFA |
| Plaintiff, | |
| v. | SEALED ORDER |
| American Home Mortgage Servicing, Inc., et al., | |
| Defendants. | |

    The United States, at the request of relator's counsel, has moved this case for a partial lifting of the seal to allow counsel for relator to reveal the existence of this law suit to a State Court Judge, 11th Judicial Circuit in Miami-Dade County a Florida for the purpose of defending a motion for sanctions and contempt of court for relator's failure to answer questions which, if answered, would reveal the existence of this law suit.

    Additionally, the United States requests that the seal be partially lifted to share the complaint and disclosure statement with the appropriate representatives of the non-plaintiff states to facilitate possible settlement of some or all of the allegations

1

in the complaint along with other matters.

These communications shall be confidential. Relator shall inform the Florida court of the limited nature of the partial lifting of the seal so that the Florida court, in its judicial discretion may use the information consistent with the purpose of the seal; and the United States shall inform the non-plaintiff state representatives of the limited nature of the partial lifting of the seal at the time it provides a copy of the complaint to the non-plaintiff state. For good cause shown, the motion is GRANTED.

IT IS SO ORDERED.

September 8, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge