# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex. rel.* LYNN E. SZYMONIAK, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CA No. X:XX-cv-XXXXX-JFA ) ) |
| ▮▮▮▮▮ CITIMORTGAGE, INC. f/k/a CITI RESIDENTIAL LENDING, INC. f/k/a AMC MORTGAGE SERVICES, INC.; WELLS FARGO HOME MORTGAGE d/b/a AMERICA'S SERVICING COMPANY; BANK OF AMERICA CORPORATION, as successor-in-interest to Lasalle Bank; ▮▮▮▮▮ CITIBANK, NATIONAL ASSOCIATION; ▮▮▮▮▮ J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION; ▮▮▮ AND WELLS FARGO BANK, NATIONAL ASSOCIATION; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF INTERVENTION IN PART**
**FOR THE PURPOSE OF PARTIAL SETTLEMENT**

Pursuant to 31 U.S.C. § 3730(b)(2) and (4), and for the purpose of effecting a settlement entered into by the various defendants and the United States, the United States advises the Court of its decision to intervene for the purposes of settlement in some of the claims in this case against: (1) Citimortgage, Inc, f/k/a/ Citi Residential Lending Services, Inc.; (2) Wells Fargo Home Mortgage d/b/a America's Servicing Company; (3) Bank of America as successor in interest to LaSalle Bank; (4) Citibank, National Association; (5) J.P. Morgan Chase Bank, National Association, and (6) Wells Fargo Bank, National Association (collectively the "Settling Defendants").

On February 4, 2012, the United States District Court for the District of Columbia entered five Consent Judgments implementing settlement agreements between the United States and the Settling Defendants and their affiliates (the "Consent Judgments"). *See United States v. Bank of America et al.*, No. 12-civ-0361-RJC (D.D.C.) (Consent Judgments) (Docket Nos. 10 to 14). The Consent Judgments release some of relator's federal False Claims Act claims against the Settling Defendants in this action. The relator has consented to the settlement of those claims, and has also reached an agreement with the United States as to a relator share of those claims. No resolution has been reached between relator and the Settling Defendants as to any applicable attorneys' fees and costs.

By this notice, the United States is intervening in this action as to the claims against the Settling Defendants that are released in the Consent Judgments. The United States is not intervening as to any other claims against the Settling Defendants or any other defendants in this action. The United States' investigation as to these other claims and defendants continues.

Simultaneously with this notice of intervention, the United States and the relator are filing a Motion to Dismiss the settled claims in this action.

                                        Respectfully submitted,

                                        STUART F. DELERY
                                        Acting Assistant Attorney General
                                        Civil Division

                                        WILLIAM N. NETTLES
                                        United States Attorney for the District of South Carolina

Dated: __5/3/2012_____       By: _s/Fran Trapp_____
                                        FRAN TRAPP (6176)
                                        Assistant United States Attorney
                                        U.S. Attorney's Office for the District of South Carolina
                                        1441 Main Street
                                        Suite 500
                                        Columbia, South Carolina 29201
                                        (803) 929-3000

                                        JOYCE R. BRANDA
                                        RENEE BROOKER
                                        WILLIAM C. EDGAR
                                        Attorneys, Civil Division Commercial Litigation Branch
                                        U.S. Department of Justice
                                        Post Office Box 261
                                        Washington, D.C.  20044

                                        ATTORNEYS FOR THE
                                        UNITED STATES OF AMERICA