## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* LYNN E. SZYMONIAK, ) ) ) | **FILED UNDER SEAL** **pursuant to** **31 U.S.C. § 3730(b)(2)** |
| Plaintiffs, ) ) | C.A. No.0:10-cv-01465-JFA |
| v. ) ) | **NOTICE** |
| AMERICAN HOME MORTGAGE SERVICING *et al.*, ) ) ) | |
| Defendants. ) | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* LYNN E. SZYMONIAK, ) ) ) | **FILED UNDER SEAL** **pursuant to** **31 U.S.C. § 3730(b)(2)** |
| Plaintiffs, ) ) | C.A. No.  0:13-CV-00464-JFA |
| v. ) ) | **NOTICE** |
| ACE SECURITIES CORPORATION *et al.*, ) ) ) | |
| Defendants. ) | |

## **ORDER**

The United States having not intervened in these actions pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

**IT IS ORDERED** that,

1. the complaints be unsealed and served upon the defendant by the relator;

2. the relators serve this Order and the Notice Of The United States That It Is Not Intervening At This Time upon the defendants only after service of the complaint;

3. the seals be lifted as to all other matters occurring in these actions;

4. the parties shall serve all pleadings and motions filed in these actions, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in these actions, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court will be sent to the United States; and that

7. should the relator or the defendant propose that these actions be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

August 2, 2013                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge