IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States Of America, *ex rel.* Lynn E. Szymoniak,<br><br>Plaintiff,<br><br>vs.<br><br>American Home Mortgage Servicing, Inc.; Saxon Mortgage Services, Inc.; Lender Processing Services, Inc.; DocX, LLC; CitiMortgage, Inc., f/k/a Citi Residential Lending, Inc., AMC Mortgage Services, Inc.; Wells Fargo Home Mortgage d/b/a America's Servicing Company, Bank of America Corporation, as successor-in-interest to LaSalle Bank; Bank Of New York Mellon Corporation; Citibank National Association; Deutsche Bank National Trust Company; Deutsche Bank Trust Company Americas; HSBC USA National Association; J.P. Morgan Chase Bank National Association; U.S. Bank National Association; and Wells Fargo Bank National Association,<br><br>Defendants. | C/A No. 0:10-cv-01465-JFA |
| United States Of America, *ex rel.* Lynn E. Szymoniak,<br><br>Plaintiff,<br><br>vs.<br><br>ACE Securities Corporation; Ally Financial, Inc., f/k/a GMAC Inc.; Aurora Loan Services, LLC; Bank of America, as successor-in-interest to Countrywide Financial Corporation; BAC Home Loans Servicing, LLP; Banc of America Mortgage Securities, Inc.; Bayview Loan Servicing LLC; California Reconveyance Company; Carrington Mortgage Services; | C/A No. 0:13-cv-00464-JFA<br><br>**ORDER** |

| |
|---|
| Chase Home Finance LLC; CitiMortgage Inc. f/k/a Citi Residential Lending Inc., f/k/a AMC Mortgage Services Inc.; HomEq Servicing Corporation, d/b/a Barclays Capital Real Estate, Inc.; HSBC Mortgage Services Inc.; Litton Loan Servicing LP; Nationwide Title Clearing Inc.; Ocwen Loan Servicing; OneWest Bank; Orion Financial Group, Inc.; Prommis Solutions, LLC; Securities Connection, Inc.; Select Portfolio Services, Inc.; Vericrest Financial, Inc.; Wells Fargo Home Mortgage, d/b/a America's Servicing Company; DocX LLC; and Lender Processing Services Inc. <br><br> Defendants. |

This matter comes before the court upon the defendants' joint motion for an extension of time to file responsive pleadings or motions in these two related cases. ECF Nos. 183 and 117, respectively. The motion indicates that the Relator's counsel has agreed to this extension.

Because the Relator has served the defendants at various times in the past few weeks and in light of the upcoming holiday season, the court will extend until January 15, 2014, the deadline for all defendants to answer or otherwise move or plead. The court takes this opportunity to advise the parties that this case is more than three years old solely because the Relator and the United States government requested repeated extensions of time while this matter was under seal. Because of the age of this case, the court hereby notifies the parties that, henceforth, the court will strictly enforce all deadlines.

IT IS SO ORDERED.

November 26, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

2