# EXHIBIT B

Examples of Fraudulent Mortgage Assignments

This list includes examples of mortgage assignments to trusts after the closing date for the trusts. The example mortgage assignments are identified by the file number provided by the county recorder in whose office the assignment was recorded. Some of these assignments also involve forged signatures that were falsely witnessed and notarized. This list does not include examples of assignments made for foreclosures directly to the servicers of the trusts. For convenience, the mortgage assignments are grouped by preparer.

**ASSIGNMENTS PREPARED BY DOCX**
Beaufort County, SC, File#2009001100, to Deutsche Bank NTC, Trustee for Soundview Home Loan Trust 2006-OPT3
Beaufort County, SC, File #2009007727, to US Bank, Trustee for American Home Mortgage Investment Trust 2005-4
Beaufort County, SC, File #2009008893, to US Bank, Trustee for American Home Mortgage Investment Trust 2005-4
Beaufort County, SC, File #2009009136, to HSBC Bank USA, Trustee for Deutsche Alt-B Securities Mortgage Loan Trust 2006-AB3
Beaufort County, SC, File #2009010436, to Deutsche Bank NTC, Trustee for GSAA 2006-10
Beaufort County, SC, File #2009011533, to Deutsche Bank NTC, Trustee for HSI Asset Securitization Corp. 2007-OPT1
Beaufort County, SC, File #2009014738, to Deutsche Bank NTC, Trustee for Harborview Trust 2007-5
Beaufort County, SC, File #2009016015, to Deutsche Bank NTC, Trustee for Harborview Trust 2006-7
Beaufort County, SC, File #2009022667, to US Bank, Trustee for American Home Mortgage Investment Trust 2005-4
Beaufort County, SC, File #2009022957, to US Bank, Trustee for American Home Mortgage Investment Trust 2005-4
Beaufort County, SC, File #2009025536, to US Bank, Trustee for MASTR Adj. Rate Mortgages Trust 2006-OA1
Beaufort County, SC, File #2009028807, to Deutsche Bank NTC, Trustee for Ameriquest 2006-M3
Beaufort County, SC, File #2009042908, to Deutsche Bank NTC, Trustee for American Home Mortgage Investment Trusts 2005-4
Beaufort County, SC, File #2009061472, to US Bank, Trustee for American Home Mortgage Investment Trust 2005-4
Beaufort County, SC, File #2009070132, to Citibank, Trustee for American Home Mortgage Assets Trust 2006-4
Beaufort County, SC, File #2009047094, to Citibank, Trustee for American Home Mortgage Assets Trust 2006-4

**ASSIGNMENTS PREPARED BY AMERICA'S SERVICING COMPANY (WELLS FARGO)**
Beaufort County, SC, File #2009007785, to Deutsche Bank NTC, Trustee for Morgan Stanley ABS Capital 1, Inc. 2006-NC4
Beaufort County, SC, File #2009062517, to US Bank, Trustee for SASCO 2006-NC1
Beaufort County, SC, File #2009064482, to US Bank, Trustee for MASTR Alt. Loan Trust 2005-6
Beaufort County, SC, File #2009065633, to US Bank, Trustee for CMLTI 2006-AR1
Beaufort County, SC, File #2009067563, to US Bank, Trustee for CSFB ARMT 2005-10
Beaufort County, SC, File #2009069232, to US Bank, Trustee for Citigroup Mort. PT 2007-6
Beaufort County, SC, File #2009070110, to US Bank, Trustee for CSFB ARMT 2005-11
Beaufort County, SC, File #2009071532, to HSBC Bank, Trustee for MASTR Reperforming Loan Trust 2005-1
Beaufort County, SC, File #2010027443, to Deutsche Bank NTC, Trustee for HSI Asset Loan Obligation Trust 2006-2

**ASSIGNMENTS PREPARED BY AMERICAN HOME MORTGAGE SERVICING, INC.**
Beaufort County, SC, File #2010009034, to US Bank, Trustee for MASTR Adj. Rate Mortgages

1

Trust 2006-OA1
Beaufort County, SC, File #2010029113, to Deutsche Bank NTC, Trustee for American Home Mortgage Investment Trust 2006-3
Beaufort County, SC, File #2010024193, to Deutsche Bank NTC, Trustee for American Home Mortgage Investment Trust 2007-1
Beaufort County, SC, File #2010023888, to Deutsche Bank, NTC, Trustee for HarborView Mortgage Loan Trust 2006-7
Beaufort County, SC, File #2010018125, to Deutsche Bank NTC, Trustee for American Home Mortgage Assets Trust, 2006-6
Beaufort County, SC, File #2010017814, to US Bank, Trustee for American Home Mortgage Investment Trust 2005-4
Beaufort County, SC, File #2010008112, to Deutsche Bank NTC for American Home Mortgage Investment Trust 2006-5

**ASSIGNMENTS PREPARED BY BAC HOME LOANS SERVICING, LP**
Beaufort County, SC, File #2009013933, to US Bank, Trustee for LXS 2006-2N Trust
Beaufort County, SC, File #2009006360, to Deutsche Bank NTC, Trustee for BCAP LLC Trust 2007-AA2
Beaufort County, SC, File #2009017548, to HSBC Bank, Trustee for Deutsche Alt-A Securities Mort. Loan Trust, 2007-BAR1
Beaufort County, SC, File #2009072381, to US Bank, Trustee for Banc of America Funding Trust 2007-A
Beaufort County, SC, File #2009029470, to Wells Fargo Bank, Trustee for MASTR 2007-NCW
Hillsborough County, FL, File #2009392148, to Deutsche Bank NTC, Trustee for Morgan Stanley ABS Capital 1, Inc. Trust 2007-NC1
St. Lucie County, FL, File #3389394, to Deutsche Bank NTC, Trustee for New Century Home Equity Loan Trust 2005-A

**ASSIGNMENTS PREPARED BY CARRINGTON MORTGAGE SERVICES**
Beaufort County, SC, File #2009064547, to Deutsche Bank NTC, Trustee for Carrington Mortgage Loan Trust 2005-NC3
Beaufort County, SC, File #2009064547, to Deutsche Bank NTC, Trustee for Carrington Mortgage Loan Trust 2005-NC3
Hillsborough County, FL, File #2009161220, to HSBC Bank USA, Trustee for Carrington Mortgage Loan Trust 2007-HE1
Hillsborough County, FL, File #2009161220, to Wells Fargo Bank, Trustee for Carrington Mortgage Loan Trust 2006-NC3
Hillsborough County, FL, File #2008178503, to Wells Fargo Bank, Trustee for Carrington Mortgage Loan Trust 2006-NC2

**ASSIGNMENTS PREPARED BY CHASE HOME FINANCE OR CA. RECONVEYANCE**
Beaufort County, SC, File #2009045523, to US Bank, Trustee for JPM 2007-S1
Beaufort County, SC, File #2009034720, to US Bank, Trustee for JPM Alt 2005-ALT2
Beaufort County, SC, File #2009015274, to US Bank, Trustee for JPM Alt 2006-OA1
Beaufort County, SC, File #2009000064, to US Bank, Trustee for SAIL 2006-BNC3
Beaufort County, SC, File #2009009862, to Deutsche Bank NTC, Trustee for JPM Mort. Acquisition Trust 2007-CH4
Beaufort County, SC, File #2009002110, to US Bank, as successor to Wachovia Bank, Trustee for CMFC 2005-A1

**ASSIGNMENTS PREPARED BY HOMEQ SERVICING**
Beaufort County, SC, File #2009067567, to Citibank, Trustee for MASTR Adj. Rate Mortgages Trust 2007-HF2
Beaufort County, SC, File #2009029492, to US Bank, Trustee for MASTR Asset-Backed Sec. Trust 2006-HE4
Beaufort County, SC, File #2009000315, to Deutsche Bank NTC, Trustee for Securitized Asset-Backed Receivables Trust 2007-BR3
Beaufort County, SC, File #2009063252, to Deutsche Bank NTC, Trustee for Securitized Asset-

2

Backed Receivables Trust 2007-NC2
Beaufort County, SC, File #2009066509, to Deutsche Bank NTC, Trustee for Morgan Stanley ABS Capital I, Inc. Trust 2006-HE5

**ASSIGNMENTS PREPARED BY INDYMAC MORTGAGE SERVICES/ONEWEST BANK**

Beaufort County, SC, File #2009072435, to Deutsche Bank NTC, Trustee for IndyMac INDX 2006-AR39
Beaufort County, SC, File #2009071273, to Deutsche Bank NTC, Trustee for IndyMac INDX 2006-AR39
Beaufort County, SC, File #2009070109, to Deutsche Bank NTC, Trustee for Residential Asset Securitization Trust, 2004-A4
Beaufort County, SC, File #2009070099, to Deutsche Bank NTC, Trustee for IndyMac INDX 2007-AR21
Beaufort County, SC, File #2009021885, to Deutsche Bank NTC, Trustee for IXIS REAL Estate Capital Trust 2006-HE2
Beaufort County, SC, File #2009041529, to Deutsche Bank NTC, Trustee for Residential Asset Securitization Trust, 2004-A8
Beaufort County, SC, File #2009068779, to Deutsche Bank NTC, Trustee for Residential Asset Securitization Trust, 2005-A15
Beaufort County, SC, File #2009068778, to Deutsche Bank NTC, Trustee for IndyMac INDX 2007-AR17

**ASSIGNMENTS PREPARED BY LENDER PROCESSING SERVICES (MN)**

Beaufort County, SC, File #2009009285, to Bank of NY, successor to JP Morgan Chase, Trustee for SAMI II Bear Stearns Alt-A Trust 2005-10
Beaufort County, SC, File #2009058912, to Bank of America, as successor to LaSalle Bank, Trustee for Bear Stearns Asset-Backed Securities Trust 2007-HE7
Beaufort County, SC, File #2009009857, to LaSalle Bank, Trustee for MSM 2007-15AR
Beaufort County, SC, File #2009044458, to Citibank, Trustee for Bear Stearns Alt-A Trust 2006-4
Beaufort County, SC, File #2009033909, to Citibank, Trustee for Bear Stearns Alt-A 2006-6
Beaufort County, SC, File #2009064284, to US Bank, Trustee for SAMI II Bear Stearns Alt-A 2006-3
Beaufort County, SC, File #2009044537, to US Bank, Trustee for WMALT 2007-OA3
Beaufort County, SC, File #2009005746, to Deutsche Bank NTC, Trustee for WAMU 2005-AR2
Beaufort County, SC, File #2009013309, to Deutsche Bank NTC, Trustee for Morgan Stanley ABS Capital 1, Inc. Trust 2007-SEA1
Beaufort County, SC, File #2009001123, to Deutsche Bank NTC, Trustee for WAMU 2005-AR8
Beaufort County, SC, File #2009005338, to Deutsche Bank NTC, Trustee for NovaStar Mortgage Funding Trust 2006-4

**ASSIGNMENTS PREPARED BY LITTON LOAN SERVICING, LP**

Beaufort County, SC, File #2009032501, to Deutsche Bank NTC, Trustee for GSAA Home Equity Trust 2007-6
Beaufort County, SC, File #2009048174, to Deutsche Bank NTC, Trustee for GSAMP 2006-HE1
Beaufort County, SC, File #2009064936, to Deutsche Bank NTC, Trustee for GSAA Home Equity Trust 2006-11
Beaufort County, SC, File #2009006787, to US Bank, Trustee for C-Bass 2007-RP1
Beaufort County, SC, File #2009032500, to US Bank, Trustee for Morgan Stanley Dean Witter Capital I, Inc. Trust 2002-NC1
Beaufort County, SC, File #2009065524, to Deutsche Bank NTC, Trustee for GSAA Home Equity Trust 2006-11

**ASSIGNMENTS PREPARED BY NATIONWIDE TITLE CLEARING**

Beaufort County, SC, File #2009008679, to Deutsche Bank NTC, Trustee for Argent Securities, Inc. Trust 2004-W11
Beaufort County, SC, File #2009008676, to Deutsche Bank NTC, Trustee for Argent Securities, Inc. Trust 2003-W9
Beaufort County, SC, File #2009008691, to Deutsche Bank NTC, Trustee for Ameriquest

Mortgage Securities Trust 2005-R8
Beaufort County, SC, File #2009008675, to Deutsche Bank NTC, Trustee for Ameriquest Mortgage Securities Inc. Quest Trust 2003-X3
Beaufort County, SC, File #2009008696, to Deutsche Bank NTC, Trustee for Ameriquest Mortgage Securities Trust 2005-R10

**ASSIGNMENTS PREPARED BY OCWEN**
Beaufort County, SC, File #2009065949, to HSBC Bank USA, Trustee for Ace Securities Corp., Home Equity Loan Trust, 2006-ASAP6
Beaufort County, SC, File #2009008225, to US Bank, Trustee for CSMC Trust 2007-NC1
Beaufort County, SC, File #2009004580, to Deutsche Bank NTC, Trustee for New Century Home Equity Loan Trust 2005-B
Beaufort County, SC, File #
Beaufort County, SC, File #
Hillsborough County, FL, File #2010425124, to HSBC Bank USA, Trustee for Ace Securities Corp., Home Equity Loan Trust, 2007-ASAP1

**ASSIGNMENTS PREPARED BY SAXON MORTGAGE SERVICES, INC.**
Beaufort County, SC, File #2009066146, to Deutsche Bank Trust Co. Americas, Trustee for Saxon Assets Securities Trust 2006-3
Beaufort County, SC, File #2009069556, to Deutsche Bank NTC, Trustee for Saxon Assets Securities Trust 2007-2
Beaufort County, SC, File #2009050355, to Deutsche Bank Trust Co. Americas, Trustee for Saxon Assets Securities Trust 2005-4
Beaufort County, SC, File #2009048464, to Deutsche Bank Trust Co. Americas, Trustee for Saxon Assets Securities Trust 2006-3
Beaufort County, SC, File #2009021884, to Deutsche Bank NTC, Trustee for Saxon Assets Securities Trust 2006-2
Beaufort County, SC, File #2009033983, to Deutsche Bank Trust Co. Americas, Trustee for Saxon Assets Securities Trust 2006-3

**ASSIGNMENTS PREPARED BY SECURITY CONNECTIONS, INC.**
Beaufort County, SC, File #2009000513, to LaSalle Bank, Trustee for FFMLT 2007-FF2
Beaufort County, SC, File #2009048545, to US Bank, as successor to Bank of America, as successor to LaSalle Bank, Trustee for Merrill Lynch FFMLT 2007-3
Beaufort County, SC, File #2009066731, to US Bank, Trustee for Merrill Lynch FFMLT 2007-2
Beaufort County, SC, File #2009000514, to Deutsche Bank NTC, Trustee for FFMLT 2005-FF4

**ASSIGNMENTS PREPARED BY SELECT PORTFOLIO SERVICING, INC.**
Beaufort County, SC, File #2009072698, to US Bank, Trustee for CSMC 2007-3
Beaufort County, SC, File #2009042113, to US Bank, Trustee for Adj. Rate Mort. Trust 2007-3
Beaufort County, SC, File #2009012341, to US Bank, Trustee for Adj. Rate Mort. Trust 2007-1
Beaufort County, SC, File #2009039682, to US Bank, Trustee for CSMC 2007-1

**ASSIGNMENTS PREPARED BY VERICREST FINANCIAL, INC.**
Beaufort County, SC, File #2009003950, to Bank of NY, Trustee for CIT Mortgage Loan Trust 2007-1
Hillsborough County, FL, File #2009143683, to Bank of NY, Trustee for CIT Mortgage Loan Trust 2007-1
Hillsborough County, FL, File #2009026955, to Bank of NY, Trustee for CIT Mortgage Loan Trust 2007-1
Hillsborough County, FL, File #2009025397, to Bank of NY, Trustee for CIT Mortgage Loan Trust 2007-1
Hillsborough County, FL, File #2009053869, to Bank of NY, Trustee for CIT Mortgage Loan Trust 2007-1
Hillsborough County, FL, File #2009053890, to Bank of NY, Trustee for CIT Mortgage Loan Trust 2007-1