IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States Of America, *ex rel.* Lynn E. Szymoniak,<br><br>        Plaintiffs,<br><br>vs.<br><br>American Home Mortgage Servicing, Inc.; Saxon Mortgage Services, Inc.; Lender Processing Services, Inc.; DocX, LLC; CitiMortgage, Inc., f/k/a Citi Residential Lending, Inc., AMC Mortgage Services, Inc.; Wells Fargo Home Mortgage d/b/a America's Servicing Company, Bank of America Corporation, as successor-in-interest to LaSalle Bank; Bank Of New York Mellon Corporation; Citibank National Association; Deutsche Bank National Trust Company; Deutsche Bank Trust Company Americas; HSBC USA National Association; J.P. Morgan Chase Bank National Association; U.S. Bank National Association; and Wells Fargo Bank National Association,<br><br>        Defendants. | C/A No. 0:10-cv-01465-JFA<br><br><br><br>**ORDER AMENDING SCHEDULE FOR ARGUMENTS ON PENDING MOTIONS** |
| United States Of America, *ex rel.* Lynn E. Szymoniak,<br><br>        Plaintiffs,<br><br>vs.<br><br>ACE Securities Corporation; Ally Financial, Inc., f/k/a GMAC Inc.; Aurora Loan Services, LLC; Bank of America, as successor-in-interest to Countrywide Financial Corporation; BAC Home Loans Servicing, LLP; Banc of America Mortgage Securities, Inc.; Bayview Loan Servicing LLC; California Reconveyance Company; Carrington Mortgage Services; | C/A No. 0:13-cv-00464-JFA |

Chase Home Finance LLC; CitiMortgage Inc. f/k/a Citi Residential Lending Inc., f/k/a AMC Mortgage Services Inc.; HomEq Servicing Corporation, d/b/a Barclays Capital Real Estate, Inc.; HSBC Mortgage Services Inc.; Litton Loan Servicing LP; Nationwide Title Clearing Inc.; Ocwen Loan Servicing; OneWest Bank; Orion Financial Group, Inc.; Prommis Solutions, LLC; Securities Connection, Inc.; Select Portfolio Services, Inc.; Vericrest Financial, Inc.; Wells Fargo Home Mortgage, d/b/a America's Servicing Company; DocX LLC; and Lender Processing Services, Inc.,

        Defendants.

The court has scheduled oral arguments for Monday, April 28, 2014, on all pending motions in the two above-referenced actions.[1] After reviewing the submissions of the parties, it appears that a bifurcation of the arguments on the various motions is appropriate.

Therefore, to promote judicial efficiency and to allow ample time to review and to digest the myriad issues raised in the motions, the court will hear arguments on the motions to dismiss for lack of subject-matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, at **10:00 a.m.** on **Monday, April 28, 2014**, at the United States District Court at 901 Richland Street in **Columbia, South Carolina**. The court has set aside all day, if necessary, to hear the Rule 12(b)(1) motions and asks that counsel adjust their schedules accordingly.

If the Rule 12(b)(1) motions are not granted, the court will proceed to decide the motions to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, either based upon the parties' briefs submitted, or, if the court determines that oral argument would aid in the

---

[1] These cases have not been consolidated. The court has captioned them together for purposes of noticing the hearing only.

decisional process, at a hearing on **Tuesday, May 20, 2014**, at the United States District Court at 85 Broad Street in **Charleston, South Carolina**.

    IT IS SO ORDERED.

April 21, 2014                                              Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge