# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. ex rel. LYNN E. SZYMONIAK, | )<br>)<br>) |
| Plaintiffs, | ) C.A. No.0:10-cv-01465-JFA |
| v. | ) **NOTICE** |
| AMERICAN HOME MORTGAGE SERVICING ET AL., | )<br>) |
| Defendants. | ) |

## RESPONSE TO THE COURT'S INQUIRY REGARDING THE CONSENT OF THE UNITED STATES TO DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS AND CERTAIN DEFENDANTS

As required by the Court's Order of May 23, 2014, the United States provides the following reasons for its consent to the dismissal of relator's claims. The United States conducted a lengthy and detailed investigation of relator's securitization claims, and determined not to intervene in them. The relator is not inclined to proceed with her securitization claims. The government has concluded that dismissal of these claims is in the public interest because, among other reasons, such dismissal will avoid potentially burdensome discovery on the United States. And, because these are the only claims that remain pending against the Released Defendants, the United States also has determined that dismissal of these defendants is in the public interest.

The United States is, and has been, discussing possible settlements with some of the defendants in this matter, of different and separate claims related to residential mortgage backed securities. For that reason, and to avoid any possible ambiguity as to what is being released here, the United States consents to relator's notices of dismissal as long as they are without prejudice to the United States, consistent with Rule 41(a)(1)(B).

        Respectfully Submitted,

        STUART F. DELERY
        Assistant Attorney General

        WILLIAM N. NETTLES
        United States Attorney

By:    s/Fran Trapp
        FRAN TRAPP (# 6376)
        Assistant United States Attorney
        United States Attorney's Office for the
         District of South Carolina
        1441 Main Street, Suite 500
        Columbia, S.C. 29201
        Telephone: (803) 929-3000

        MICHAEL D. GRANSTON
        RENÉE BROOKER
        WILLIAM C. EDGAR
        Attorneys
        U.S. Department of Justice
        Civil Division
        P.O. Box 261, Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 353-7950

        Counsel for United States

May 27, 2014