UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America, et al. | ) | CA No. 0:10-CV-1465-JFA |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| ex rel. | ) | |
| | ) | ORDER |
| Lynn E. Szymoniak | ) | |
| | ) | |
| Plaintiff-Realtor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| American Home Mortgage Servicing, Inc., et al. | ) | |
| | ) | |
| Defendants. | ) | |

_____

This matter comes before the Court on Plaintiff-Realtor's Motion to Amend the Scheduling Order and Motion to Compel. (ECF Nos. 420 and 421). The parties submitted briefs and the Court heard oral argument on December 8, 2014. Plaintiff-Realtor also filed another Motion to Compel prior to the hearing, which was not fully briefed by the parties. (ECF No. 430). Based on the arguments made by counsel, the Court finds as **MOOT** both Motions to Compel and **GRANTS** the Motion to Amend the Scheduling Order. Accordingly, the Court will issue a new Scheduling Order in this matter.

IT IS SO ORDERED.

December 8, 2014                        Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge

1