IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America,<br>*ex rel.* Lynn E. Szymoniak,<br><br>Plaintiff,<br><br>vs.<br><br>American Home Mortgage Servicing, Inc., et al.<br><br>Defendants. | C/A No. 0:10-01465-JFA<br><br><br><br>ORDER FOR BRIEFING |

Subsequent to this Court's Order of January 20, 2015, the Court has determined that it would be advisable to receive briefing from both parties on the issues raised in that Order. Accordingly, the parties shall each be allowed until Thursday, February 12, 2015, within which to submit their briefs. The Court will hear argument on the matters raised at 2:00 p.m. on Tuesday, February 17, 2015. The February 2, 2015 hearing is cancelled. All deadlines for motions and responses to currently pending motions are stayed until the court hears arguments on February 17, 2015.

IT IS SO ORDERED.

January 21, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge