# Exhibit N

(De La Rosa Zahm Invoice – USB0000009)

CONFIDENTIAL

USB0000009