# Exhibit U

(Della Pia HUD Invoice – USB0000017)

CONFIDENTIAL

USB0000017