# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>*ex rel.*<br><br>LYNN E. SZYMONIAK<br><br>   v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., *et al.*,<br><br>      Defendants. | No. 10-cv-01465-JFA<br><br>**ORDER OF DISMISSAL** |

  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the Plaintiff Lynn E. Szymoniak ("Relator") and Defendant U.S. Bank National Association ("U.S. Bank") filed a Stipulation of Dismissal as to all claims against U.S. Bank asserted in this civil action. Pursuant to 31 U.S.C. § 3730(b)(1), the United States, which has elected not to intervene in this action, consents to dismissal of this action with prejudice as to the Relator and without prejudice as to the United States. Upon due consideration of the Stipulation of Dismissal and the other papers on file in this action,

  IT IS HEREBY ORDERED that all claims in the action asserted by Relator against U.S. Bank shall be dismissed with prejudice as to Relator and without prejudice as to the United States.

  IT IS SO ORDERED.

May 28, 2015  
Columbia, South Carolina

*Joseph F. Anderson, Jr.*  
Joseph F. Anderson, Jr.  
United States District Judge